UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
BEVERLY TILLERY, :
:
Plaintiff, : 24 Civ. 7510 (JPC)
:
-v- : ORDER
:
NEW YORK CITY GAY AND LESBIAN ANTI- :
VIOLENCE PROJECT, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

The parties are directed to file a status letter in this matter by March 7, 2025.

SO ORDERED.

Dated: March 4, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge